**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ALEX GAVILAN,

                Petitioner,

v.                                                       Case No.  6:05-cv-915-Orl-31DAB

FL ATTORNEY GENERAL & SECRETARY
DEPARTMENT OF CORRECTIONS,

                Respondents.
_____

**ORDER**

This case is before the Court on the following motion:

| | |
|---|---|
| **MOTION:** | **PETITIONER'S MOTION FOR A CERTIFICATE OF APPEALABILITY (Doc. No. 18)** |
| **FILED:** | April 24, 2006 |
| **THEREON** it is **ORDERED** that the motion is **DENIED**. | |

Petitioner has not made a substantial showing of the deprivation of any federal constitutional right.

**DONE AND ORDERED** in Chambers at Orlando, Florida, this 25th day of April, 2006.

                                                                               GREGORY A. PRESNELL
                                                                     UNITED STATES DISTRICT JUDGE

Copies to:
pslc 4/25
Counsel of Record
Alex Gavilan