UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ALEX GAVILAN,

    Petitioner,

v.                                                  CASE NO. 6:05-cv-915-Orl-31DAB

FL ATTORNEY GENERAL & SECRETARY
DEPARTMENT OF CORRECTIONS,

    Respondents.

## **ORDER**

This case is before the Court on the following motions:

1. Petitioner Motion for Leave to Proceed In Forma Pauperis On Appeal (Doc. No. 21, filed May 10, 2006) is **DENIED**. Any appeal by Petitioner would not be taken in good faith because Petitioner has failed to make a substantial showing of the deprivation of any federal constitutional right. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24(a). Thus, Petitioner is not entitled to appeal as a pauper, and Petitioner shall pay the $455.00 appellate filing fee. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24(a).

2. Petitioner's Request for A Certificate of Appealability (Doc. No. 20, filed May 10, 2006) is **DENIED**. Petitioner has not made a substantial showing of the deprivation of any federal constitutional right.

**DONE AND ORDERED** in Chambers at Orlando, Florida, this 19thday of May, 2006.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies to:
pslc 5/19
Counsel of Record
Alex Gavilan